■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN HUMPHREY, Appellant. (Appeal No. 1.)—Appeal unanimously dismissed. Memorandum: There is ample evidence in the record of the plea proceedings to establish that defendant's waiver of his right to appeal, which was part of his negotiated plea bargain, was knowingly, voluntarily and intelligently entered *(see, People v Moissett,* 76 NY2d 909; *People v Seaberg,* 74 NY2d 1; *People v Lesesne,* 172 AD2d 1070 [decided herewith]). Accordingly, the defendant's appeals are dismissed. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Criminal Possession Forged Instrument, 3rd Degree.) Present—Callahan, J. P., Denman, Green, Pine and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN HUMPHREY, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed. Same Memorandum as in *People v Humphrey* ([appeal No. 1] 172 AD2d 1071 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.— Criminal Possession Stolen Property, 5th Degree.) Present— Callahan, J. P., Denman, Green, Pine and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY CAREY, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's sentence was not harsh and excessive. Defendant otherwise knowingly, intelligently and voluntarily waived his right to appeal *(see, People v Seaberg,* 74 NY2d 1). (Appeal from Judgment of Erie County Court, La Mendola, J.—Sexual Abuse, 1st Degree.) Present—Callahan, J. P., Denman, Green, Pine and Lowery, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE MAKLEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Wisner, J.—Robbery, 1st Degree.) Present— Dillon, P. J., Callahan, Boomer, Balio and Lowery, JJ.

■ In the Matter of ABDUL-MALIK SA'ID, Appellant, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Doerr, J. P., Green, Pine, Balio and Lawton, JJ.